## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARIE RODRIGUEZ,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **ASHLEY PRUETT,** ) <br> ) <br> **Defendant.** ) <br> ) | **8:11CV356** <br><br> **ORDER TO SHOW CAUSE** |

    This case is before the magistrate judge for full pretrial supervision. Pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." The complaint was filed on October 12, 2011. According to the returned summons [8], the defendant was served on December 7, 2012. Apparently, the defendant has failed to timely answer or otherwise respond to the complaint. It remains plaintiff's duty to go forward in prosecuting the case. There has been no activity in this case since the return of service docketed on December 13, 2011.

    **IT THEREFORE IS ORDERED** that plaintiff shall show cause why this case should not be dismissed for failure to prosecute. The showing of cause shall be filed electronically on or before the close of business on **May 3, 2012**.

    **DATED: April 3, 2012.**

                                                               **BY THE COURT:**

                                                               s/F.A. Gossett, III <br>
                                                               **United States Magistrate Judge**