## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

MARIE RODRIGUEZ,            )         CASE NO. 8:11CV356
                              )
           Plaintiff,        )
                              )
         v.              )            ORDER
                              )
ASHLEY PRUETT,             )
                              )
           Defendant.     )

This matter is before the Court on the Plaintiff Marie Rodriguez's Motion to Stay Transfer Pending Dismissal (Filing No. 19).

On May 16, 2012, the Court denied the Defendant's Motion to Dismiss and granted the Plaintiff's Motion to Transfer the case to the Western District of Oklahoma. On May 17, 2012, the Plaintiff filed the Motion to Stay, stating that the parties have reached a settlement. The parties request additional time to file a stipulation for dismissal, with prejudice. The Plaintiff represented in the Motion that the Defendant joins in the request.

IT IS ORDERED:

1.    The Plaintiff's Motion to Stay Transfer Pending Dismissal (Filing No. 19) is granted;

2.    The Clerk is directed to stay the transfer of this case to the Western District of Oklahoma; and

3.    The parties must file a stipulation for dismissal on or before June 29, 2012.

DATED this 21st day of May, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge