IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARIE RODRIGUEZ,** | ) | **CASE NO. 8:11CV356** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **ASHLEY PRUETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' joint Stipulation for Dismissal with prejudice (Filing No. 21). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs. Accordingly,

IT IS ORDERED:

1. The parties' joint Stipulation for Dismissal with prejudice (Filing No. 21) is approved;

2. This action is dismissed with prejudice; and

3. The parties will pay their own costs.

Dated this 2nd day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge